Myckel McMillan
Name
1200 W Dimond Blvd Spc #1049
Mailing address
Anchorage, AK 99515
City, State, Zip
907-290-6884
Telephone

RECEIVED

APR 24 2025

CLERK, U.S. DISTRICT COURT
⁑⁑⁑⁑ ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

Myckel Anthonie McMillan,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Denali Cheveron,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-cv-00083-SLG
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of 1964 under title 7/Assault Physical
(print your name)

who presently resides at 1200 W Dimond blvd #1049
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Denali Cheveron_ is a citizen of
                              (name)
_Alaska_, and is employed as a _____.
   (state)                              (defendant's government position/title)

__✓__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
                              (name)
_____, and is employed as a _____.
   (state)                              (defendant's government position/title)

__✓__This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
                              (name)
_____, and is employed as a _____.
   (state)                              (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __4-1-24_____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

The Manager Punch me "ASSault" Choked me
and Refused to hire me after an Interview.

~~Of course the Interview was~~
of course in this ~~this~~ Case the Interview
Was a month or so prior to the Assault

April Also help in a trespass
and told Me not to come back

P.S. I was locked inSide the Store
and Forced to Find an exit after Defending
My Self

I was interview at Denali Cheveron gas Station
They then told me I wasn't a good enough even With
open availibility, few moment later I was told I wasn't
Welcome in the Store. as I proceeded to fill My Cup
With Soda (Fanta orange) as I go to the Counter to pay
for drink the GM Steps in my threw a punch
and Jumps on me trying to inflict harm to My
body /Spine, I Lost My passport in this Altercation
and the GM is Still employeed

<u>Claim 2</u>: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List **only one** violation.)
was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

<u>Claim 3</u>: On or about _____, my civil right to

(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____


**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ ~~35~~ _million_ _____

2. Punitive damages in the amount of $3.5 million

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes ____✓____ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at ___James Fitspatrick Federal court___ on ___04-17-25___
                        (Location)                              (Date)

_____Phyllis McMillan_____
        (Plaintiff's Original Signature)

_____        _____
Original Signature of Attorney (if any)              (Date)

_____
_____
_____

Attorney's Address and Telephone Number